IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WASEEM DAKER, | |
| Plaintiff, | CIVIL ACTION NO.: 6:20-cv-90 |
| v. | |
| SHERRY BLAND, et al., | |
| Defendants. | |

**O R D E R**

The matter is before the Court following Defendants' status report and the status conference on April 20, 2022.  Doc. 117.  In light of the representations in the report and at the status conference, it appears Plaintiff has not complied with the Court's Order on Defendants' motion to compel.  Docs. 67, 78.  Specifically, Plaintiff has not provided recordings of phone calls between Plaintiff and certain Defendants.  Doc. 117 at 1.  The Court will provide one more opportunity for Plaintiff to comply with its Order.  The Court **ORDERS** Plaintiff to provide the audio files to Defendants within 14 days of this Order.  If Plaintiff does not do so, Defendants have permission to file a motion for sanctions.

**SO ORDERED**, this 27th day of April, 2022.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA