IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WASEEM DAKER,<br><br>　　　Plaintiff,<br><br>　v.<br><br>SHERRY BLAND, et al.,<br><br>　　　Defendants. | CIVIL ACTION NO.: 6:20-cv-90 |

**O R D E R**

　　The Court previously ordered Plaintiff to produce his flash drive to Defendants. Doc. 184. Plaintiff previously expressed concerns about complying with the Court Order based on Smith State Prison policies. However, Plaintiff recently informed the Court of his transfer from Smith State Prison to Hays State Prison. Doc. 197. Therefore, the Court **DIRECTS** Plaintiff to provide a status update about his ability to produce the requested audio files to Defendants **on or before May 31, 2023**.

　　Additionally, the Court stayed the dispositive motions deadline until Defendants' motion for sanctions was resolved. The Court has since resolved the motion, and that stay has been lifted. Docs. 184, 188. Therefore, the Court will now reset the deadline for dispositive motions (including Daubert motions and excluding motions in limine). The Court **DIRECTS** the parties to file any dispositive motions **on or before June 16, 2023**.

　　**SO ORDERED**, this 26th day of May, 2023.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　BENJAMIN W. CHEESBRO
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF GEORGIA