IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WASEEM DAKER,<br><br>    Plaintiff,<br><br>v.<br><br>SHERRY BLAND, et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 6:20-cv-90 |

## ORDER

Plaintiff has filed Objections to the Magistrate Judge's June 26, 2023 Report and Recommendation. Doc. 213. The Magistrate Judge construed Plaintiff's Motion for Access to Electronic Legal Materials as being a motion for injunctive relief and recommended the Court deny Plaintiff's Motion. Doc. 206.

In his Objections, Plaintiff asserts the Magistrate Judge erred in stating Plaintiff did not cite any supporting case law or a basis for his Motion. Doc. 213 at 1–2. Plaintiff also states the Court has the power to order access to legal materials under Federal Rule of Civil Procedure 26 and such authority is within the Court's inherent powers. Plaintiff's Objections are without merit and are **OVERRULED**. Plaintiff failed to cite any case law or make any substantive assertions in support of his Motion. Doc. 200. The Magistrate Judge made no error. Additionally, Plaintiff provided nothing in his Motion or in his Objections that would cause the Court to reconsider its previous rulings on the same request. See Docs. 125, 128, 183.

After an independent and de novo review, the Court concurs with and adopts the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES** Plaintiff's Motion for Access to Electronic Materials.

**SO ORDERED**, this ___11th___ day of September, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA